IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER ALLEN COKER,   No. CIV S-05-2285-MCE-CMK-P

    Petitioner,

  vs.   ORDER

D.L. RUNNELS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 4).[1]  Petitioner's petition will be addressed separately.

    Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

---

[1] On December 7, 2005, the court issued an order indicating that petitioner had neither paid the fees nor sought leave to proceed in forma pauperis.  That order was prepared before, but not docketed until after, petitioner filed his application for leave to proceed in forma pauperis on December 5, 2005.  The order will be vacated as having been issued in error.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's December 5, 2005, order is vacated as having been issued in error; and

2. Petitioner's motion for leave to proceed in forma pauperis is granted.

DATED: December 8, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE